**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KIRK RETTGER AND ERIK RETTGER, : No. 63 WAL 2014
CO-ADMINISTRATORS OF THE :
ESTATE OF MICHAEL RETTGER, :
DECEASED, : Petition for Allowance of Appeal from the
: Order of the Superior Court
              Respondents :
               :
               :
           v. :
               :
               :
UPMC SHADYSIDE, :
               :
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.